■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK DEAL, Appellant. [874 NYS2d 824]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Crecca, J.), rendered October 14, 2005, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Rivera, J.P., Ritter, Covello and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FELICIANO, Appellant. [877 NYS2d 229]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Marrero, J.), imposed January 11, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Miller and Eng, JJ., concur.